IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02512-NRN

GREG SHIPMAN,

Plaintiff,

v.

HERITAGE EXPOSITION SERVICES, INC., a Missouri corporation,

Defendant.

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO
VACATE STATUS CONFERENCE**

Pursuant to D. Colo. L. Civ. R. 40.2(b), Greg Shipman ("Plaintiff") and Heritage Exposition Services, Inc. ("Defendant") (collectively, the "Parties") hereby notify the Court that a settlement has been reached to resolve this action. The Parties are currently finalizing settlement documents and expect that they will be able to file dismissal documents within forty-five (45) days. In support of this Joint Notice of Settlement, the Parties state as follows:

1. The Parties recently reached an agreement in principle to settle all claims brought by Plaintiff in this action.

2. The Parties are currently working on a formal written settlement agreement and other related documents to finalize the settlement.

3. The Parties anticipate filing a Notice of Dismissal within forty-five (45) days of the date of this Joint Notice, which should provide the Parties sufficient time to finalize the written settlement agreement and facilitate the terms of the agreement.

CORE/0810563.0022/190323009.1

4. The Parties, therefore, respectfully request that all current case deadlines be stayed and the status conference that is currently scheduled for 10:00 MST on June 13, 2024, be vacated.

Dated this 10th day of June, 2024.

| | |
|---|---|
| s/ *Zane A. Gilmer* | s/ *Daniel Altis* |
| Zane A. Gilmer, #41602 | Daniel Altis |
| Stinson LLP | Altis Law Firm, LLC |
| 1050 17th Street, Suite 2400 | 1627 Vine Street |
| Denver, Colorado 80265 | Denver, Colorado 80206 |
| Phone: (303) 376-8400 | Phone: (720) 724-8561 |
| Fax: (303) 376-8439 | Email: daniel@coworkerslaw.com |
| Email:  zane.gilmer@stinson.com | *Attorneys for the Plaintiff* |
| *Attorneys for Defendant* | |

2