IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02512-NRN

GREG SHIPMAN,

Plaintiff,

v.

HERITAGE EXPOSITION SERVICES, INC., a Missouri corporation,

Defendant.

**PROPOSED ORDER RE JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE STATUS CONFERENCE**

The Court, having reviewed the Parties Joint Notice of Settlement and Request to Vacate Status Conference ("Request") and being fully advised in the contents thereof:

Hereby GRANTS the Request and Orders that all current case deadlines be stayed and the status conference that is currently scheduled for 10:00 MST on June 13, 2024, be vacated.

DONE AND ORDERED this ___ day of _____, 2024.

BY THE COURT:

_____
District Court Judge